tion by Mathias Rusch, an infant, etc., against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

SPRING, J., dissents, upon the ground of contributory negligence.

RUSSELL, Respondent, v. SHUBERT, Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Lillian Russell against Lee Shubert, individually, etc. W. Klein, for appellant. L. S. Posner, for respondent. No opinion. Order affirmed.

RYAN v. SULLIVAN. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Action by Patrick Ryan against Cornelius J. Sullivan. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 143 App. Div. 471, 128 N. Y. Supp. 632.

RYNO, Respondent, v. CRAWFORD, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Frank S. Ryno against Hannah Crawford. No opinion. Motion denied, without costs. See, also, 129 N. Y. Supp. 1144.

RYTTENBERG, Respondent, v. CITY & COUNTY CONTRACT CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Moses R. Ryttenberg, as receiver, against the City & County Contract Company and others. R. P. Buell, for appellants. R. B. Wood, for respondent. No opinion. Order affirmed with $10 costs and disbursements. Order filed.

SABINE v. PAINE et al. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by C. Olivia Sabine against Maggie S. Paine. Eugene F. Vacheron, defendant. No opinion. Motion denied, with $10 costs.

ST. JOHN v. COLLINS et al. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Nell St. John against Jere F. Collins and others, Kate F. Collins, respondent.

PER CURIAM. Judgment affirmed, with costs.

WOODWARD and RICH, JJ., dissent.

SALOMON, Respondent, v. SALOMON, Appellant. (Supreme Court, Appellate Division, First Department. December 1, 1911.) Action by Amelia Salomon against Joseph Salomon. J. W. Osborne, for appellant. A. D. Lind, for respondent. No opinion. Judgment, so far as appealed from, reversed, and referee's report confirmed. Alimony allowed to plaintiff at the rate of $75 per week. No costs. Settle order on notice.

SANDLER, Respondent, v. GARFINKEL et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Action by Max Sandler against Morris Garfinkel and another. No opinion. Judgment unanimously affirmed, with costs.

SANFORD, Respondent, v. BROWN BROS. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Pierson E. Sanford against the Brown Brothers Company. No opinion. Judgment affirmed, with costs. See, also, 134 App. Div. 652, 119 N. Y. Supp. 333.

SARGENT, Respondent, v. SARGENT, Appellant. (Supreme Court, Appellate Division, Third Department: September 28, 1911.) Action by Charles E. Sargent against Josephine Failing Sargent. No opinion. Order affirmed.

SAVARESE et al., Respondents, v. PAPA, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Raffaele Savarese and another, copartners, etc., against Vincenza Papa.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

BURR, J., dissents.

SCARAMELLI, Appellant, v. MORO et al., Respondents. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by Louis J. Scaramelli against Tomaso Moro and others. R. S. Conkling, for appellant. F. P. Neuman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SCHELLING, Respondent, v. WESTERN ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, First Department. December 1, 1911.) Action by Werner Schelling against the Western Electric Company. R. T. Greene, for appellant. R. D. Fuller, for respondent. No opinion. Order affirmed, with costs. Order filed.

SCHLOSSBERG, Appellant, v. LIVINGSTONE TRADING CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 20, 1911.) Action by Noah Schlossberg against the Livingstone Trading Company. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

In re SCHOOL SITE IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) In the matter of acquiring title by the City of New York, to certain lands and premises, etc., Anthony street and Vandervoort avenue, borough of Brooklyn, city of New York, for a school site, etc.

PER CURIAM. Motion granted, without costs.

JENKS, P. J., taking no part.